In the Matter of the Arbitration between GERTRUDE S. COHEN et al., Appellants, and LEO COHEN, Respondent

Concur — Botein, P. J., Stevens, Steuer and Capozzoli, JJ.